IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES S. RENCHENSKI, :
    Petitioner, :
    v. : Case No. 3:10-cv-217-KRG-KAP
DAVID A. VARANO, SUPERINTENDENT, :
S.C.I. COAL TOWNSHIP, :
    Respondent :

## Memorandum Order

Petitioner's Motion to Vacate at ECF no. 57 was referred to Magistrate Judge Keith A. Pesto in accordance with 28 U.S.C.§ 636(b)(3) and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 7, 2017, ECF no. 62, recommending that the motion be denied. The parties were notified, pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to file written objections to the Report and Recommendation. The petitioner filed objections at ECF no. 63 that I have reviewed *de novo* and reject.

Upon *de novo* review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 29th day of September, 2017, it is

ORDERED that the petitioner's Motion to Vacate at ECF no. 57 is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

    Charles S. Renchenski AP-8124
    S.C.I. Coal Township
    1 Kelley Drive
    Coal Township, PA 17866-1021